**Order entered January 9, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01429-CV

## JIM SILLIMAN, Appellant

## V.

## LUXOR CONTRACTING, INC. D/B/A LUXOR STAFFING, Appellee

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 10-01795**

## ORDER

The Court has before it appellant's January 4, 2013 unopposed motion for admission pro hac vice. The Court **GRANTS** the motion and **DIRECTS** the Clerk of the Court to add N. Reed Silliman as counsel for appellant.

/s/ ELIZABETH LANG-MIERS
JUSTICE